UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14CV763 TCM |
| | ) | |
| JENNIFER SACHSE[1], | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's submission of an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition will be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

In the instant petition, petitioner attempts to challenge three State of Missouri convictions: State v. Jones, 07SL-CR03429-01 (21st Jud. Cir.); State v. Jones, 07SL-CR06638 (21st Jud. Cir.); and State v. Jones, 0822-CR07366 (22nd Jud. Cir.). Petitioner has previously brought challenges to each of these convictions in this Court. See Jones v. Norman, 4:12CV617 AGF (E.D. Mo.); Jones v. Norman, 4:12CV569 CDP (E.D. Mo.); Jones v. Prudden, 4:11CV1310 LMB (E.D. Mo.); Jones v. Moriorty, 4:10CV495 LMB (E.D. Mo.).

---

[1] Petitioner has named as respondent Barack Hussein Obama. The proper respondent for a prisoner currently in custody pursuant to a state court judgment is the state officer having custody of the applicant. See 28 U.S.C. § 2254, Rule 2(a). Jennifer Sachse, Warden of Missouri Eastern Correctional Center, the facility at which petitioner is currently incarcerated, is the proper respondent in this action.

The petition is duplicative and successive. As a result, petitioner may not proceed without authorization from the Eighth Circuit Court of Appeals, which he does not have. See 28 U.S.C. § 2244(b). The Court will therefore dismiss the petition without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's application for writ of habeas corpus is **DENIED and DISMISSED as DUPLICATIVE and SUCCESSIVE**.

**IT IS FURTHER ORDERED** that the Clerk shall substitute Jennifer Sachse as respondent in this action.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 24th day of April, 2014.

*/s/ Rodney W. Sippel*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE