# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., | ) |
| Petitioner, | ) |
| v. | ) No. 4:14CV763 TCM |
| JENNIFER SACHSE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for reconsideration of the dismissal of his successive application for writ of habeas corpus. As petitioner has not advanced any cognizable assertions for relief, his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration of the dismissal of his petition for writ of habeas corpus as successive is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 6th day of June, 2014.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE